**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

**EXPORT DEVELOPMENT CANADA**,

      **Plaintiff,**

**vs.**                                              **CASE NO. 8:12-cv-01244-EAK-EAJ**

**XACORE, INC.,**

      **Defendant.**
_____/

**FINAL DEFAULT JUDGMENT**

This cause of action is before the Court on the Plaintiff's motion for default judgment (Doc. 12).  The defendant, Xacore, Inc. ("Xacore"), having failed to plead or otherwise defend in this action, and default pursuant to Fed. R. Civ. P. 55(a) having heretofore been entered (Doc. 11); upon application of plaintiff Export Development Canada ("EDC") and declaration that Xacore is indebted to EDC in the principal sum of $97,608.53, plus $445.00 in costs; interest at the contract rate of 6% per annum from Nov. 27, 2011; and, that the claim is for a sum certain; it is hereby:

**ORDERED, ADJUDGED, and DECREED** that plaintiff, Export Development Canada, 150 Slater Street, Ottawa, ON, K1A 1K3, recover of the defendant, Xacore, Inc., of 4281 Express Lane, Suite L9525, Sarasota, Florida 34238 the sum of $97,608.53, plus interest at the contract rate of 6% per annum since November 27, 2011 through the date of this judgment, plus $445.00 in costs and interest at 6% per annum from the date of this judgment until the entire amount is paid, **FOR WHICH LET EXECUTION ISSUE.** This judgment is entered by the Clerk at the request of the plaintiff and upon declaration, in accordance with Rule 55(b)(1) of the

Federal Rules of Civil Procedure.  The Clerk of Court is directed to close this case and to

terminate any pending motions.

      **DONE and ORDERED** in Chambers, in Tampa, Florida, this 7th day of August, 2012.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record