UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EXPORT DEVELOPMENT CANADA,**

    **Plaintiff,**

**v.**                                                                 **Case No. 8:12-CV-1244-T-17EAJ**

**XACORE, INC.,**

    **Defendant.**

_____/

## ORDER

Before the Court is Plaintiff's **Corrected Motion for Writ of Garnishment Against Wells Fargo (After Judgment)** (Dkt. 28), **Corrected Motion for Writ of Garnishment Against Chase Bank (After Judgment)** (Dkt. 29), and **Corrected Motion for Writ of Garnishment Against Bank of America (After Judgment)** (Dkt. 30). Plaintiff Export Development Canada ("Plaintiff") moves for a post-judgment writ of garnishment against Defendant Xacore, Inc. ("Defendant") as to garnishees Wells Fargo, Chase Bank, and Bank of America.

A money judgment is enforceable by a writ of garnishment, and the writ must accord with the law of the state where the court is located. Fed. R. Civ. P. 69(a)(1). Under Florida law, post-judgment writs of garnishment may be issued <u>ex parte</u> and without notice to the judgment debtor. <u>See</u> <u>United Presidential Life Ins. Co. v. King</u>, 361 So. 2d 710, 713 (Fla. 1978); <u>see also</u> <u>Commc'ns Ctr., Inc. v. Komatsu</u>, No. 6:05-CV-1254-ORL-31GJK, 2008 WL 2717669, at *1 (M.D. Fla. June 27, 2008).

In Florida, "[e]very person or entity who has sued to recover a debt or has recovered judgment in any court against any person or entity has a right to a writ of garnishment." Fla. Stat. § 77.01. After judgment has been entered against a defendant, but before the writ of garnishment

is issued, a plaintiff must file a motion stating the amount of the judgment. Id. § 77.03. The writ must direct the garnishee to respond to the plaintiff within twenty (20) days. Id. § 77.04.

On August 7, 2012, this Court entered final judgment pursuant to Fed. R. Civ. P. 55 in favor of Plaintiff against Defendant in the amount of $97,608.53, plus interest at the contract rate of 6% per annum since November 27, 2011 through the date of this judgment, plus $445.00 in costs and interest at 6% per annum from the date of this judgment until the entire amount is paid. (Dkt.14) Defendant states that no portion of the total amount of $102,129.70 at 6% annum from August 7, 2012 has been satisfied. (Dkts. 28, 29, 30)

Plaintiff moves for a writ of garnishment as to garnishees Wells Fargo, Chase Bank, and Bank of America for the unsatisfied amount. Plaintiff attached a copy of the proposed writs as exhibits to the motions. (Dkt. 28 Ex. 1) (Dkt. 29 Ex. 1) (Dkt. 30 Ex. 1) The proposed writs direct the garnishees to respond within twenty (20) days as required by statute.

Accordingly, and upon consideration, it is **ORDERED and ADJUDGED** that:

(1) Plaintiff's Corrected Motion for Writ of Garnishment Against Wells Fargo (After Judgment) (Dkt. 28) is **GRANTED**. The Clerk of Court shall issue a writ of garnishment to Wells Fargo located at 700 E. Dania Beach Boulevard, Dania Beach, Florida 33004. The writ shall use the form attached to Plaintiff's motion. (Dkt. 28 Ex. 1) The writ of garnishment shall include a copy of Plaintiff's Corrected Motion for Writ of Garnishment Against Wells Fargo (After Judgment) (Dkt. 28) and the final judgment (Dkt. 14);

(3) Plaintiff's Corrected Motion for Writ of Garnishment Against Chase Bank (After Judgment) (Dkt. 29) is **GRANTED**. The Clerk of Court shall issue a writ of

garnishment to Chase Bank located at 300 E. Dania Beach Blvd, Dania Beach, Florida, 33004. The writ shall use the form attached to Plaintiff's motion. (Dkt. 29 Ex. 1) The writ of garnishment shall include a copy of Plaintiff's Corrected Motion for Writ of Garnishment Against Wells Fargo (After Judgment) (Dkt. 29) and the final judgment (Dkt. 14);

(3)   Plaintiff's Corrected Motion for Writ of Garnishment Against Bank of America (After Judgment) (Dkt. 30) is **GRANTED**. The Clerk of Court shall issue a writ of garnishment to Bank of America located at 2903 Stirling Rd., Hollywood, Florida, 33021. The writ shall use the form attached to Plaintiff's motion. (Dkt. 30 Ex. 1) The writ of garnishment shall include a copy of Plaintiff's Corrected Motion for Writ of Garnishment Against Wells Fargo (After Judgment) (Dkt. 30) and the final judgment (Dkt. 14).

**DONE AND ORDERED** in Tampa, Florida on this 9th day of April, 2013.

ELIZABETH A JENKINS
United States Magistrate Judge